**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01612-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

CALVIN WRIGHT,

       Plaintiff,

v.

EL PASO COUNTY SHERIFF, and
KEVIN ROZINKA,

       Defendants.

---

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

       Plaintiff, Calvin Wright, currently resides in Fountain, Colorado.  Plaintiff has

submitted a Complaint and an Application to Proceed in District Court Without

Prepaying Fees or Costs.

       As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(a), the Court has

determined that the submitted documents are deficient as described in this Order.

Plaintiff will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Plaintiff files in response to this Order must include the civil action number

on this Order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1)   __     is not submitted
(2)   __     is not on proper form (must use the Court's current form)
(3)   X     is missing original signature by Plaintiff
(4)   __     is missing affidavit
(5)   __     affidavit is incomplete
(6)   __     affidavit is not notarized or is not properly notarized
(7)   __     names in caption do not match names in caption of complaint, petition or
                     application
(8)   _     other:

**Complaint or Petition**:

(9)   __   is not submitted
(10)   __   is not on proper form (must use the Court's current form)
(11)   X   is missing an original signature by Plaintiff (The last page of the Complaint form is not included)
(12)   __   is incomplete
(13)   __   uses et al. instead of listing all parties in caption
(14)   __   names in caption do not match names in text
(15)   __   addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   __   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.  It is

FURTHER ORDERED that Plaintiff shall obtain the Court-approved form used in filing a Complaint and an Application to Proceed in District Court Without Prepaying Fees or Costs, along with the applicable instructions, at www.cod.uscourts.gov.  The Court forms must be used when curing deficiencies.  It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the action will be dismissed without further notice.

DATED June 9, 2014, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge